JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK RAYMOND DWORNICZAK,** | NO. CV 13-1999-PA (KLS) |
| **Petitioner,** | |
| v. | **JUDGMENT** |
| **CALIFORNIA CDC,** | |
| **Respondent.** | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: September 22, 2015

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1